[L. A. No. 16003.   In Bank.—May 26, 1937.]

LAKEVIEW CREAMERY COMPANY (a Corporation) et al., Petitioners, v. SUPERIOR COURT OF LOS ANGELES COUNTY et al., Respondents.

Sylvan Y. Allen and Harry C. Hedberg for Petitioners.

Everett W. Mattoon, County Counsel, Douglas DeCoster, Chief Deputy County Counsel, Lewis D. Sollings and Amos Friedman for Respondents.

THE COURT.—This is a petition for a writ of mandate to compel the respondent superior court, and in particular, Judge Schmidt, to settle a reporter's transcript on appeal. On August 26, 1936, we issued an order to show cause directed to respondents.

Our decision in *Boyle* v. *Lakeview Creamery Co.*, L. A. No. 15888 (*ante*, p. 16 [68 Pac. (2d) 968]), this day filed, disposes of the present case.

The petition is denied.

Rehearing denied.